IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06 CR 283-CSC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| DERRICK T. BROWN | ) | INFORMATION |

The United States Attorney charges:

On or about the 1st of September 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, DERRICK T. BROWN, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA                           )       AFFIDAVIT
                                           )
DALE COUNTY                                )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama.  On the 1st of September 2006, I was conducting a safety checkpoint at Andrews Avenue and Red Cloud Road when I made contact with the driver of a motor vehicle.  I detected a strong odor of alcohol emitting from the driver. The driver was identified as DERRICK BROWN.  BROWN was asked to perform three field sobriety tests, all of which he failed.  BROWN was apprehended and taken to the MP Station, where he was advised of the Alabama implied consent law.  BROWN was administered a breathalyzer test, which registered a .10 BAC.  BROWN was then processed and released.  In my opinion as a law enforcement officer, Mr. Brown was under the influence of alcohol.


_____
BOYER, BRITT, SSG, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___1st___ day of _November_2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006