**COURTROOM DEPUTY MINUTES**    **DATE:** JANUARY 9, 2007    **Time:** 10:37 - 10:40
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| ✓ | INITIAL APPEARANCE | **TAPE NO:** 3052 @ 2126 to 2363 |
| ☐ | BOND HEARING | |
| ☐ | DETENTION HEARING | |
| ☐ | REMOVAL HEARING (R.40) | |
| ✓ | ARRAIGNMENT | |
| ☐ | PRELIMINARY EXAMINATION | |

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 1:06CR283-CSC    **NAME:** DERRICK T. BROWN

**AUSA:** NATHAN T. GOLDEN    **DEFT. ATTY:** KEVIN BUTLER
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

**USPO:** _____

Defendant _____ does ✓ does NOT need an interpreter. Interpreter NAME: _____

---

☐ Kars.    Date of Arrest _____ or ☐karsr40
✓ Kia.    Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
✓ Kcnsl.    Deft. First Appearance with Counsel
☐    Deft. First Appearance without Counsel
☐    Requests appointed Counsel    ☐ ORAL MOTION
✓ Kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
✓ Koappted    **ORDER** appointing Community Defender Organization
☐ K20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐    Deft. Advises he will retain counsel. Has retained _____
✓ karr.    **ARRAIGNMENT** ✓ **HELD.** Plea of **NOT GUILTY** entered.
     ✓ **Jury Trial** Set for 3/12/07    ☐ PRETRIAL CONF. DATE: _____
     ☐ DISCOVERY DISCLOSURES DATE: _____
     ☐ Request Non-Jury Trial.
     ☐ **GUILTY PLEA** entered.
✓ **CONSENT** to Proceed before U.S. Magistrate Judge
☐ krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel.