## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr283-CSC |
| | ) | |
| DERRICK T. BROWN | ) | |

### MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **DERRICK T. BROWN,** by undersigned counsel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the March trial term.  In support of this motion, the Defendant would show the following:

1. This case is currently scheduled for trial on March 12, 2007.

2. Mr. Brown is an active duty soldier, a sergeant first class, in the United States Army.  He is not stationed at Ft. Rucker, Alabama, but is stationed at Ft. Jackson, South Carolina.

3. Mr. Brown wishes to change his plea to guilty.  To save Mr. Brown the time and expense of returning to Alabama to do that, the attorneys for the United States and for Mr. Brown have coordinated with Special Assistant United States Attorneys at Ft. Jackson, and Mr. Brown consents, to have this case transferred to the District of South Carolina, pursuant to Federal Rule of Criminal Procedure 20.  The parties request this continuance to give them time to accomplish that transfer.

4. Special Assistant United States Attorney Nathan Golden concurs with this Motion.

5.  The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the March 12, 2007 trial date.

Dated this 5th day of March, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr283-CSC |
| | ) | |
| DERRICK T. BROWN | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Military Justice
Building 5700, Novosel Street
Ft. Rucker, Alabama 36362

                Respectfully submitted,

                s/ Donnie W. Bethel
                DONNIE W. BETHEL
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail:don_bethel@fd.org
                IN Bar Code: 14773-49