USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA
V.
DERRICK T. BROWN

CRIMINAL NUMBER: 1:06cr283-CSC

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Derrick T. Brown, defendant, have been informed that an (~~indictment~~, *information*, ~~complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the _____ District of South Carolina in which I, reside, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 17 MARCH 2007 at 1330

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

Asst. United States Attorney for the
MIDDLE District of ALABAMA

Sp Asst United States Attorney for the
District of South Carolina