

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

**LARRY W. PROPES**
CLERK OF COURT

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960

**DIVISIONAL OFFICES**

P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

RECEIVED 2007 JUL 13 A 9:4[?]

July 11, 2007

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Debra P. Hackett
Clerk of Court
One Church Street
Montgomery, AL  36101-0711

Re:  USA v. Derrick T. Brown
     CR 3:07-334-RLB

Dear Ms. Hackett:

Pursuant to an order entered July 9, 2007, by the Honorable Robert L. Buchanan, Jr., United States Magistrate Judge for the District of South Carolina, this case has been returned to your court. Enclosed are certified copies of the transfer order and docket sheet.

Please confirm your receipt of same by signing and returning the enclosed copy of this letter in the envelope provided. If you need anything further, please give me a call.

Sincerely,

LARRY W. PROPES, Clerk

Charles L. Bruorton, Deputy Clerk

Enclosures

Received by: _____

Date: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:07-334 |
| ) | |
| v. ) | |
| ) | |
| ) | ORDER RETURNING CASE |
| DERRICK T. BROWN ) | TO THE MIDDLE DISTRICT OF ALABAMA |

And now, this 9th day of July, 2007, the within Motion is granted, and it is hereby ordered and decreed that Information Number 3:07-334 against the defendant, **DERRICK T. BROWN**, be and the same is hereby returned to the Middle District of Alabama.

s/Robert L. Buchanan, Jr.
ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

A TRUE COPY
Attest: Larry W. Propes
By: _____
DEPUTY CLERK

# U.S. District Court
## District of South Carolina (Columbia)
### CRIMINAL DOCKET FOR CASE #: 3:07-cr-00334-RLB All Defendants
### Internal Use Only

Case title: USA v. Brown
Other court case number: 1:06-283-CSC Middle District of Alabama

Date Filed: 03/22/2007
Date Terminated: 07/09/2007

Assigned to: Magistrate Judge Robert L Buchanan, Jr

**Defendant**

**Derrick T Brown** (1)
TERMINATED: 07/09/2007

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
TRAFFIC OFFENSES, DRUNKEN DRIVING
(1)

**Disposition**

Returned to Middle District of Alabama

**Highest Offense Level (Terminated)**
Misdemeanor

**Complaints**
None

**Disposition**

**Plaintiff**
USA

represented by **Anne Hunter Young**
US Attorneys Office
1441 Main Street
Suite 500

Columbia, SC 29201
803-929-3000
Fax: 803-254-2943
Email: anne.young@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2007 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from Middle District of Alabama by Derrick T Brown. (Attachments: # 1 Information & Affidavit# 2 docket sheet)(cbru, ) (Entered: 03/23/2007) |
| 06/04/2007 | 2 | NOTICE OF HEARING as to Derrick T Brown Plea and Sentence set for 6/18/2007 02:00 PM in Columbia # 6, Matthew J. Perry, Court House, 901 Richland St, Columbia before Magistrate Judge Robert L Buchanan Jr. (cbru, ) (Entered: 06/04/2007) |
| 06/04/2007 |  | ***DOCUMENT MAILED as to Derrick T Brown re 2 Notice of Hearing placed in U.S. Mail to Derrick T Brown (cbru, ) (Entered: 06/04/2007) |
| 06/18/2007 | 3 | Minute Entry for proceedings held before Judge Robert L Buchanan Jr: Change of Plea Hearing as to Derrick T Brown held on 6/18/2007. Guilty plea entered then withdrawn. Case to be transferred back to Middle District of Alabama. Court Reporter ESR/Kurt McKaughan.CJA Time 2:20-3:03. (cbru, ) (Entered: 06/21/2007) |
| 06/22/2007 | 4 | (Court only) Terminate Deadlines and Hearings as to Derrick T Brown: Plea and Sentence (cbru, ) (Entered: 06/22/2007) |
| 06/28/2007 | 5 | MOTION to Return case to M.D. Alabama by USA as to Derrick T Brown. Proposed Order sent to Judge Chambers email address? No. (Young, Anne) Deleted attachment on 6/29/2007 (cbru, ). (Entered: 06/28/2007) |
| 07/09/2007 | 6 | ENTRY DELETED as to Derrick T Brown: Entry #6 (filed by the Clerk) deleted. (cbru, ) (Entered: 07/09/2007) |
| 07/09/2007 | 7 | Order of Transfer/Return to Middle District of Alabama. Counts closed as to Derrick T Brown (1) Count 1. Signed by Judge Robert L Buchanan Jr on 7/9/2007.(cbru, ) (Entered: 07/09/2007) |