IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR283-CSC |
| | ) | |
| DERRICK T. BROWN | ) | |

**ORDER**

Pursuant to the Order received from the District of South Carolina Returning this case to the Middle District of Alabama (doc. #13) filed July 13, 2007, it is **ORDERED** that this case be and is hereby set on the misdemeanor trial term on **September 17, 2007.** It is further

**ORDER** that a pretrial conference in this matter is set for **August 27, 2007 at 1:00 p.m.** before the undersigned United States Magistrate Judge, in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE