# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | Case No.: 1:06cr283-CSC |
| ) | |
| DERRICK T. BROWN              ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, DERRICK T. BROWN, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 24th day of July, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:06cr283-CSC** |
| | ) | |
| **DERRICK T. BROWN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007,  I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

Nathan T. Golden
Department of the Army
Office of Staff Judge Advocate
Military Justice
Building 5700, Novosel Street
Ft. Rucker, Alabama 36362

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49