IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 1:06-CR-283-CSC |
| | ) | |
| DERRICK T. BROWN | ) | |

## **ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #15) filed on July 24, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set on **September 12, 2007 at 10:00 a.m.** in Room 342, Building 5700 Soldiers Service Center Fort Rucker, Alabama.

Done this 25th day of July, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE