```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CR. NO. 1:06CR00283-CSC
                            )
DERRICK T. BROWN            )
                            )

## UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Jennifer C.R. Clark, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 7th of September, 2007.


                    LEURA GARRETT CANARY
                    UNITED STATES ATTORNEY



                    /s/ Jennifer C.R. Clark
                    JENNIFER C.R. CLARK
                    Special Assistant United States Attorney
                    Soldier Service Center, Bldg.5700
                    Fort Rucker, Alabama 36362
                    Telephone: (334) 255-9141
                    Fax: (334) 255-1869
                    Email: jennifer.ridosh@conus.army.mil

```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR00283-CSC |
| | ) | |
| DERRICK T. BROWN | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Derrick T. Brown, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Derrick T. Brown, P.O. Box 690711, Killeen, TX 76549.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Jennifer C.R. Clark
JENNIFER C.R. CLARK
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: jennifer.ridosh@conus.army.mil