IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:06CR000283-001 |
| | ) |
| DERRICK BROWN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                              LEURA G. CANARY
                              United States Attorney

                      By:/s/ R. Randolph Neeley
                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Post Office Box 197
                         Montgomery, AL  36101-0197
                         Telephone No.: (334) 223-7280
                         Facsimile No.: (334) 223-7201
                         E-mail: **rand.neeley@usdoj.gov**

Dated: December 4, 2007

Judgment Dated November 7, 2007

Judge:  Susan Russ Walker

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **Derrick Brown**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 2107-B Schorn Drive, Killeen, TX 76542, this the 4th day of   December  , 2007.

/s/ R. Randolph Neeley
Assistant United States Attorney